MARK McDANIELS V. THE STATE.

No. 22707. Delivered January 12, 1944.

The opinion states the case.

*Aubrey Davee,* of Brady, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Appellant was convicted by a jury for a violation of the liquor laws of McCulloch County, and fined the sum of $250.00, hence this appeal.

There are no bills of exceptions in the record, and the undisputed facts evidence a sale of intoxicating liquor in a dry area.

As provided by law, the county attorney read the information before the jury in the opening of the trial. See Art. 612 (1), C. C . P.

The judgment is affirmed.